ACCEPTED
06-16-00074-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2016 12:05:51 PM
DEBBIE AUTREY
CLERK

## NO. 06-16-00074-CV

## IN RE RUBY BRITT., RELATOR

### RESPONDENT:  HON. WILL BIARD, PRESIDING JUDGE 62ND JUDICIAL DISTRICT, LAMAR COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2016 12:05:51 PM
DEBBIE AUTREY
Clerk

## IN THE COURT OF APPEALS
## FOR THE SIXTH DISTRICT OF TEXAS
## AT TEXARKANA

### RUBY BRITT (Relator/Plaintiff)
### Vs.
### STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
### (Real Party in Interest/Respondent)

## TRIAL COURT CASE NUMBER 10919 62nd JUDICIAL DISTRICT COURT

## PETITION FOR WRIT OF MANDAMUS

**MICHAEL D. MOSHER**
**STATE BAR NO. 14580100**
**ROLAND A. MOSHER**
**STATE BAR NO. 24098147**
**THE LAW OFFICE OF**
**MICHAEL D. MOSHER**
**50 NORTH MAIN**
**PARIS, TEXAS   75460**
**(903) 785-4721 TELEPHONE**
**(903) 785-5319 FAX**

## NO ORAL ARGUMENT REQUESTED

## AMENDED CERTIFICATE OF SERVICE

On the 13TH day of October, 2016, a true and correct copy of Petition for Writ of

Mandamus was delivered to:

Judge Will Biard
62nd District Court
Lamar County Courthouse
119 North Main Street
Paris, Texas   75460.


Real Party in Interest :
State Farm Mutual Automobile Insurance Company

Stephen W. Johnson
Cynthia W. Cole
Stephen W. Johnson and Associates, PC
Founders Square
900 Jackson Street, Suite 120
Dallas, Texas   75202

 /s/ Roland A. Mosher
Roland A. Mosher